**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DYNAMIC NUTRITION SOLUTIONS LLC,<br><br>              Plaintiff,<br><br>v.<br><br>EVERYDAY HEALTH, INC.<br><br>              Defendant. | **Civil Action No. 2:17-cv-00077** |

### ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES

CAME ON THIS DAY for consideration of Plaintiff's Unopposed Motion to Stay All Deadlines between Plaintiff Dynamic Nutrition Solutions LLC and Defendant Everyday Health, Inc., and the Court being of the opinion that said motion should be GRANTED, hereby:

ORDERS that all deadlines between Plaintiff Dynamic Nutrition Solutions LLC and Defendant Everyday Health, Inc. are stayed 30 days from the date of this Order. If a motion to dismiss has not been filed by May 3, 2017, the parties are ORDERED to appear at 9:00 a.m. on May 4 for a status conference.

Apr 4, 2017

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE